IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VICTOR S. BRICE, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-05627 MHP<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING HEARING DATE** |

The application for a temporary restraining order has been received by the undersigned. The parties are hereby **ORDERED** to appear on **WEDNESDAY, DECEMBER 23, 2009, AT 9:00 A.M.** for a hearing on this matter in Courtroom 9 on the 19th floor of the federal courthouse located at 450 Golden Gate Ave., San Francisco, CA, 94102, on condition that:

1. All supporting papers and a copy of this order are served on counsel for defendants by **NOON ON MONDAY, DECEMBER 21, 2009.**

2. Plaintiffs file proof of timely service with the Court on or before **NOON ON TUESDAY, DECEMBER 22, 2009.**

The application for a temporary restraining order is otherwise **DENIED**.

**IT IS SO ORDERED.**

Dated: December 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE